IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

BRANDIN L. SOUDOM,                     )
                                       )
                    Petitioner,        )
v.                                     )   Case No. 25-3167-JWL
                                       )
C. CARTER, Warden, FCI-Leavenworth,    )
                                       )
                    Respondent.        )
                                       )
_____)

## **ORDER TO SHOW CAUSE**

Petitioner has filed a *pro se* petition for habeas corpus under 28 U.S.C. § 2241, in which he challenges his detention by immigration officials. The Court has examined the record and finds that a responsive pleading is required.

IT IS THEREFFORE ORDERED BY THE COURT THAT respondent is required to show cause on or before **September 18, 2025**, why the writ should not be granted; and that petitioner is granted until **October 16, 2025**, to file a traverse thereto, admitting or denying under oath all factual allegations contained in the response. Copies of this Order shall be transmitted to the parties and to the United States Attorney for the District of Kansas.

IT IS SO ORDERED.

Dated this 21st day of August, 2025, in Kansas City, Kansas.

/s/  John W. Lungstrum
Hon. John W. Lungstrum
United States District Judge