IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

BRANDIN L. SOUDOM, )
)
                Petitioner, )
v. )    Case No. 25-3167-JWL
)
C. CARTER, Warden, FCI-Leavenworth, )
)
                Respondent. )
)
_____)

## **ORDER OF DISMISSAL**

Petitioner filed a *pro se* petition for habeas corpus under 28 U.S.C. § 2241, by which he challenged his detention by immigration officials. Respondents have now provided notice and evidence that petitioner was removed from the United States to his home country of South Africa on November 3, 2025, and that therefore petitioner is no longer in their custody. Accordingly, the Court **dismisses this case as moot**.

IT IS SO ORDERED.

Dated this 7th day of November, 2025, in Kansas City, Kansas.

                                      /s/  John W. Lungstrum
                                      Hon. John W. Lungstrum
                                      United States District Judge