# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

Brandin L. Soudom,

        **Petitioner,**

v.                                              Case No. 25-3167-JWL

Crystal Carter,

        **Respondent.**

## JUDGMENT IN A CIVIL CASE

( )    **JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

(x)    **DECISION BY THE COURT.**  This action came before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Court **dismisses this case as moot**.

Entered on the docket 11/7/2025

Dated:  November 7, 2025          SKYLER B. O'HARA
                                    CLERK OF THE DISTRICT COURT

                                    s/J. Lolley
                                    **Deputy Clerk**